UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | CRIMINAL NO. |
| BYRON LORNE WALTON, and ANDREW SCOTT CONNER  Defendants. | § § § | |

### INDICTMENT

2 0 CR 029

THE GRAND JURY CHARGES THAT:

#### Count One

False Statement During Acquisition of a Firearm

On or about May 15, 2019, in the Southern District of Texas,

**BYRON LORNE WALTON and
ANDREW SCOTT CONNER,**

defendants herein, aiding and abetting each other, in connection with the acquisition of a firearm, that is, a Heckler and Kock Model VP9, 9mm pistol, from Texas Gun Club, knowingly made a false and fictitious written statement on a Form 4473 that was intended and likely to deceive Texas Gun Club as to a fact material to the lawfulness of such sale of the said firearm to Defendant Conner, in that Defendant Conner represented on Form 4473 that he was the actual buyer of the firearm when, as he well knew, he was not the actual buyer of the firearm.

In violation of Title 18, United States Code, Sections 922(a)(6) and 2.

## Count Two

### Felon in Possession of a Firearm

On or about May 16, 2019, in the Southern District of Texas, the defendant,

**BYRON LORNE WALTON,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit, a Sig Sauer, model P320, 9mm caliber pistol, and the firearm was in and affecting interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## Count Three

### False Statement During Acquisition of a Firearm

On or about July 3, 2019, in the Southern District of Texas,

**BYRON LORNE WALTON and
ANDREW SCOTT CONNER,**

defendants herein, aiding and abetting each other, in connection with the acquisition of a firearm, that is, a CZ Model CZ-P10 9mm pistol, from Straight Shot Coatings, knowingly made a false and fictitious written statement on a Form 4473 that was intended and likely to deceive Straight Shot Coatings as to a fact material to the lawfulness of such sale of the said firearm to Defendant Conner, in that Defendant Conner represented on Form 4473 that he was the actual buyer of the firearm when, as he well knew, he was not the actual buyer of the firearm.

In violation of Title 18, United States Code, Sections 922(a)(6) and 2.

## NOTICE OF CRIMINAL FORFEITURE

Pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the United States of America hereby gives notice that upon conviction of Felon in Possession of a Weapon, as charged in Count Two, all firearms and ammunition involved in or used in a violation of Title 18, United States Code, Sections 922(g)(1) are subject to forfeiture, including but not limited to:

1) Sig Sauer, model P320, 9mm caliber pistol, serial number 58B160009
2) Izhmash, model Saiga, 7.62X39 caliber rifle, serial number 13419158
3) Hechler & Koch, model HK VP9, 9X19mm caliber pistol, serial number 224-226308
4) Smith & Wesson, model M&P 9Shield, 9mm caliber pistol, serial number HWY5127
5) Ceska zbrojovka, model P-10C, 9X19mm caliber pistol, serial number C704613

**A TRUE BILL:**

ORIGINAL SIGNATURE OF FILE

RYAN K. PATRICK
UNITED STATES ATTORNEY

BY: _____
Lisa M. Collins
Assistant United States Attorney