UNITED STATES
DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 4:20-cr-00029 |
| | § | |
| BYRON LORNE WALTON, and | § | |
| ANDREW SCOTT CONNER | § | |
| Defendants. | § | |

**PROFFER**

The Government would show and prove beyond a reasonable doubt that:

The Texas Gun Club, a federally licensed firearms dealer or "FFL" alerted Agents of the ATF after they became concerned that Andrew Conner was purchasing guns for a Byron Walton. Employees of Texas Gun Club noticed Walton entering with Conner to purchase a firearm and observed Walton describing certain alterations to be done to the weapon that Conner was allegedly purchasing for himself. They further observed both men shooting weapons at their range. An employee ran the criminal history for Walton and determined him to be a felon.

ATF Agents ran Conner's firearm purchase history and located 5 firearms purchases since 2017. These purchases included a Heckler and Kock Model VP9, 9mm pistol bought on May 15, 2019 from Texas Gun Club and a CZ Model CZ-P10 9mm pistol bought on July 19, 2019 from Straight Shot Coatings, another federally licensed firearms dealer. On each occasion, ATF Agents confirmed that Conner filled out a Form 4473 and stated that he was purchasing the firearm for himself, a fact material to the lawfulness of the sale of the firearm.

ATF Agents approached Conner at his home and conducted a voluntary statement concerning the purchases. Conner admitted he had purchased the firearms, which included

the Heckler and Kock Model VP9, 9mm pistol, CZ Model CZ-P10 9mm and a Sig Sauer, model P320, 9mm caliber pistol, for Walton as he knew Walton was a felon. He stated that Walton paid him for each of the firearms.

On May 16, 2019, ATF Agents then approached Walton at his home and conducted a voluntary statement. Walton admitted that he requested Conner purchase the firearms for him and paid him for each. He further admitted that he knew he was a felon, having been convicted of a crime for which the punishment was more than a year. The five firearms purchased by Conner were recovered from Defendant Walton's home including the Heckler and Kock Model VP9, 9mm pistol, CZ Model CZ-P10 9mm and Sig Sauer, model P320, 9mm caliber pistol.

An ATF firearms expert determined that the Sig Sauer, model P320, 9mm caliber pistol was made outside of the State of Texas and had therefore traveled in and affected interstate commerce.

Conner's statement on the Form 4473 that he was purchasing each firearm for himself, when he was in fact purchasing the firearms for another, was a statement intended to and likely to deceive each of the FFL's.

                                                  **Respectfully Submitted,**
                                                  **RYAN K. PATRICK**
                                                  **United States Attorney**
By:  __/s/ Lisa M. Collins_____
           **Lisa M. Collins**
           **Assistant United States Attorney**